IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>    vs.<br>ALEX LEON PADGETT,<br><br>                        Defendant. | Case No. 3:21-cr-00107-TMB-KFR<br><br>**ORDER RE UNOPPOSED MOTION FOR INTRA-DISTRICT TRANSFER** |

After due consideration of the defendant's Unopposed Motion for Intra-District Transfer, the motion is GRANTED.

Accordingly, IT IS HEREBY ORDERED that the above-captioned matter is transferred to Juneau, Alaska, for the purposes of the change of plea and sentencing hearings.

DATED this 1st day of May 2023, in Anchorage, Alaska.

                                                      /s/ *Timothy M. Burgess*
                                                      TIMOTHY M. BURGESS
                                                      UNITED STATES DISTRICT JUDGE